# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-2256
Lower Tribunal No. CF91-002146-XX

———————————————

RADCLIFFE J. BRAILSFORD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Cassandra L. Denmark, Judge.

May 22, 2026

PER CURIAM.

AFFIRMED.  *See Wainwright v. State*, 411 So. 3d 392, 399 & n.13 (Fla.),
*cert. denied*, 145 S. Ct. 2789 (2025).

STARGEL, WOZNIAK and WHITE, JJ., concur.


Radcliffe J. Brailsford, Wewahitchka, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED